# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152371 & (12)(13)

INGE GRAY,
            Plaintiff-Appellee,

v

DTE ELECTRIC COMPANY and THE
DAVEY TREE EXPERT COMPANY,
            Defendants-Appellants.
_____/

SC: 152371
COA: 329330
Oakland CC: 2015-145101-NZ

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2015



Clerk

a1006